FILED
OCT - 1 2015
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Terenece J. Barnett,[1] | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case: 1:15-cv-01614 |
| v. | ) | Assigned To : Howell, Beryl A. |
| | ) | Assign. Date : 10/1/2015 |
| United States of America *et al.*, | ) | Description: Pro Se Gen. Civil (I Deck) |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed in part pursuant to the screening provisions of 28 U.S.C. § 1915A. Under that statute, the court is required to dismiss a complaint, or any portion of the complaint, upon determining that the complaint fails to state a claim upon which relief may be granted or seeks monetary relief from an immune defendant. *Id.* § 1915A(b).

Plaintiff is a federal prisoner who seeks to correct records maintained by the Bureau of Prisons. *See* Compl. Attachments. In addition, plaintiff seeks money damages for false arrest, false imprisonment, malicious prosecution and other causes based on events that might be separate from his current incarceration. Plaintiff names as one of the defendants Chief Judge Lee Satterfield of the Superior Court of the District of Columbia, but the allegations against this defendant are based on decisions Judge Satterfield made in his judicial capacity. *See* Compl. at 4. Judges are absolutely immune from lawsuits arising from such acts. *See Mirales v. Waco*,

[1] The spelling of plaintiff's first name in Bureau of Prison records is Terrence.



502 U.S. 9, 11-12 (1991); *Thanh Vong Hoai v. Superior Court for District of Columbia*, 344 Fed. Appx. 620 (D.C. Cir. 2009) (per curiam); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993).

Accordingly, it is

ORDERED that the complaint against Chief Judge Lee Satterfield is DISMISSED with prejudice; it is further

ORDERED that the Clerk of Court shall open this matter as brought under the Privacy Act, 5 U.S.C. § 552a, and then randomly assign the case to a district judge for further proceedings. A separate order granting plaintiff's motion to proceed *in forma pauperis* will issue contemporaneously.

Date: Sept. 30, 2015

United States District Judge